[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
6/19/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUN 15 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RAShun Singleton

Plaintiff(s),

v. Amita Health

Defendant(s).

Ca 1:17-cv-04514
Judge Robert W. Gettleman
Magistrate Judge Sheila M. Finnegan

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __RAShun Singleton__ of the county of __Cook__ in the state of __Illinois__.

3. The defendant is __Amita Health__, whose street address is __3040 Salt Creek Lane__,
(city) __Arlington Heights__ (county) __Du Page__ (state) __IL__ (ZIP) __60005__
(Defendant's telephone number) (__847__)-__385-7100__

4. The plaintiff sought employment or was employed by the defendant at (street address)
__RAShun Singleton__ (city) __Westchester__
__P.O Box 7714.__
(county) __Cook__ (state) __IL__ (ZIP code) __60154__.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __Feb__, (day) __08__, (year) __2016__.

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☑ the United States Equal Employment Opportunity Commission, on or about

        (month) __MArch__ (day) __30__ (year) __2016__.

        (ii) ☐ the Illinois Department of Human Rights, on or about

        (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

      defendant asserting the acts of discrimination indicated in this court complaint.

        ☑ Yes (month) _MARCH_ (day) _30_ (year) _2016_.

        ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month) _April_

      (day) _06_ (year) _2017_.

(c)    Attached is a copy of the

      (i) Complaint of Employment Discrimination,

        ☑ Yes   ☐ No, but a copy will be filed within 14 days.

      (ii) Final Agency Decision

        ☑ Yes   ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a)  ☑ *as* the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b)  ☑ the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month) _April_ (day) _06_ (year) _2017_ a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [***check only***

***those that apply***]:

    (a)  ☐ Age (Age Discrimination Employment Act).

    (b)  ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

   See Attachments.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): Emotional Pain And Suffering. Loss wages.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
___Rash___ Sing_____

(Plaintiff's name)
___RAShuN Singleton_____

(Plaintiff's street address)
___P.O Box 7714_____

_____

(City) __West Chester__ (State) __IL__ (ZIP) __60154__

(Plaintiff's telephone number) (_404_) - __664-3536__

Date: __06/15/2017__

Rashun Singleton
06/15/2016

Right to Sue Charges EEOC 440-2016-03344
EEOC 440-2017-01122

To whom it my concern:

    My name is Rashun Singleton, the plaintiff in the cases above, against Amita Health Medical Group. I wanted to inform the federal courts that I will be filing a Discrimination Charge against Amita health. My deadline will be met for filing my charges. However I have just received my EEOC Investigation on Friday June 10, 2017, after many multiple attempts to receive it sooner to be better prepared for my deadline filing date. Also I e-mailed Amita health on February 2, 2017 requesting my employee file Under the Illinois Personnel Record Review, Act and never received a response back. So fifteen working days later I filed A Illinois department of labor Complaint pertaining to my file on February 25, 2017. I never received my employee file to this day under the Illinois law. Therefore I'm not able to complete all the needed information at this time. This is due to lack of cooperation with Amita Health with obtaining my employee file. However I'm working on compiling the information that I do have, and all of the supporting documents to explain my case in detail from my point of view of actual facts, and events. I'm asking for a little more time to document my case. Give or take it should be completed within a week or two.

Thank you
Rashun Singleton

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2016-03344 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Rashun Singleton | (708) 540-4210 | 08-22-1973 |

Street Address: P.O. Box 7714, Westchester, IL 60154
*City, State and ZIP Code*

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AMITA HEALTH MEDICAL GROUP | 500 or More | (630) 312-7300 |

Street Address: 500 Remington Boulevard, Bolingbrook, IL 60440

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 03-30-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the Respondent on or about October 19, 2015. I am employed as Certified Medical Assistant/Floater. During my employment, I have been subjected to different terms and conditions of employment, including, but not limited to, receiving a lower wage, being scheduled for longer shifts and night shifts more frequently, not being scheduled for full time hours every week, being required to travel farther to assignments, and being scheduled to work a late shift on days that I attend school, whereas non-Black Floaters are not subjected to these terms and conditions of employment. During my employment, I engaged in protected activity. Subsequently, I have been verbally reprimanded, I have been placed on a corrective action plan, and Respondent has suggested that I should consider requesting a part time or casual status position.

I believe that I have been discriminated against because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Mar 30, 2016<br>Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2017-01122 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Rashun Singleton | Home Phone (Incl. Area Code)<br>(404) 664-3536 | Date of Birth<br>1973 |
|---|---|---|

Street Address: P.O. Box 7714, Westchester, IL 60154

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>AMITA HEALTH MEDICAL GROUP | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(630) 312-7300 |
|---|---|---|

Street Address: 500 Remington Boulevard, Bolingbrook, IL 60440

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest: 12-09-2016
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with Respondent on or about October 19, 2015. My current position is Certified Medical Assistant. After filing a charge with the EEOC (Charge No.: 440-2016-03344), I have been subjected to harassment.

I believe I have been discriminated against in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
DEC 09 2016
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Dec 09, 2016
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | AMENDED<br>440-2016-03344 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Rashun Singleton | (708) 540-4210 | 08-22-1973 |

Street Address: P.O. Box 7714, Westchester, IL 60154

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AMITA HEALTH MEDICAL GROUP | 500 or More | (630) 312-7300 |

Street Address: 500 Remington Boulevard, Bolingbrook, IL 60440

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 10-07-2016
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the Respondent on or about October 19, 2015. I am employed as Certified Medical Assistant/Floater. During my employment, I have been subjected to different terms and conditions of employment, including, but not limited to, receiving a lower wage, being scheduled for longer shifts and night shifts more frequently, not being scheduled for full time hours every week, being required to travel farther to assignments, and being scheduled to work a late shift on days that I attend school, whereas non-Black Floaters are not subjected to these terms and conditions of employment. During my employment, I engaged in protected activity. Subsequently, I have been verbally reprimanded, I have been placed on a corrective action plan, and Respondent has suggested that I should consider requesting a part time or casual status position.
I filed the instant Charge of Discrimination, and subsequently, I was subjected to additional discipline, poor performance review, further lack of communication, help with job duties, gossiping, and have been ostracized.

I believe that I have been discriminated against because of my race, Black, sex, female, sexual identity, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
OCT 07 2016
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Oct 07, 2016
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rashun Singleton<br>C/o Jemelle D. Cunningham, Esq.<br>Lad Law Group, P.C.<br>203 North LaSalle Street, Suite 2100<br>Chicago, IL 60601 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2017-01122 | Katarzyna Hammond,<br>Investigator | (312) 869-8024 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit** may not be collectible.

On behalf of the Commission

_Julianne Bowman_      3-15-17
Julianne Bowman,      (Date Mailed)
District Director

Enclosures(s)

cc:    **AMMS**
       Jill A. Cheskes
       **VP, Deputy General Counsel**
       **3040 West Salt Creek Lane**
       **Arlington Heights, IL 60005**

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Rashun Singleton<br>C/o Jemelle D. Cunningham, Esq.<br>Lad Law Group, P.C.<br>203 North LaSalle Street, Suite 2100<br>Chicago, IL 60601 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| AMENDED<br>440-2016-03344 | Katarzyna Hammond,<br>Investigator | (312) 869-8024 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____  3-15-17
Julianne Bowman,                    (Date Mailed)
District Director

Enclosures(s)

cc: AMMS
Jill A. Cheskes
VP, Deputy General Counsel
3040 West Salt Creek Lane
Arlington Heights, IL 60005